SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:11-cv-01281-MCE-DAD** |
| Plaintiff, | ) **REQUEST FOR DISMISSAL; ORDER THEREON** |
| vs. | ) |
| Leticia R. Weber, | ) |
| Defendants | ) |

**No defendant having yet appeared, and pursuant to Plaintiff's request,** this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to close the file.

Date:  June 23, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01281-MCE-DAD - 1